# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ball, Franklin K. | U.S. District Court - Mississippi Southern District | 07/10/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2018 <br> **to** <br> 12/31/2018 |

**7. Chambers or Office Address**

U.S. District Court
Jackson Federal Courthouse
501 East Court Street, Suite 5.150
Jackson, MS 39201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ball, Franklin K. | 07/10/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| | |
|---|---|
| **Name of Person Reporting** | **Date of Report** |
| Ball, Franklin K. | 07/10/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ball, Franklin K. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Regions Checking Account #1 | A | Interest | J | T | | | | | |
| 2.   Bankplus Checking Account #1 | A | Interest | J | T | | | | | |
| 3.   Solomon Financial Fidelity Investments #1 | | None | | | Closed | 03/14/18 | J | | |
| 4.   - FCASH Account | A | Dividend | | | Sold | 03/14/18 | J | A | |
| 5.   Charles Schwab Investment Account (IRA) #1 | | None | | | | | | | |
| 6.   -Cash Money Market | A | Int./Div. | J | T | | | | | |
| 7.   25% interest in Brier Creek Investments, LLC (Holds Real Estate in MS | E | Distribution | N | W | | | | | |
| 8.   Mortgage Company Escrow Accounts for Insurance and Taxes | | None | J | W | | | | | |
| 9.   Stephen's Investment Account #1 | | None | | | | | | | |
| 10.  - American Funds Growth Fund of America Class A | A | Dividend | J | T | Sold (part) | 07/16/18 | J | A | |
| 11.  - American Funds New Perspective Fund Class A | A | Dividend | | | Sold | 06/05/18 | J | A | |
| 12.  - American Funds Washington Mutual Fund Class A | A | Dividend | J | T | Sold (part) | 07/16/18 | J | A | |
| 13.  Stephen's Investment Account #2 | | None | | | | | | | |
| 14.  - American Funds Growth Fund of America Class A | A | Dividend | J | T | Sold (part) | 10/17/18 | J | A | |
| 15.  -American Funds New Perspective Fund Class A | A | Dividend | J | T | Sold (part) | 02/07/18 | J | A | |
| 16. | | | | | Sold (part) | 07/16/18 | J | A | |
| 17.  - American Funds Washington Mutual Fund Class A | A | Dividend | K | T | Sold (part) | 04/02/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ball, Franklin K. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Stephen's Investment Account #3 | None | | | | | | | | |
| 19. | - AMerican Funds Growth Fund of America Class A | A | Dividend | K | T | Buy (add'l) | 12/27/18 | J | | |
| 20. | | | | | | Sold (part) | 04/02/18 | J | A | |
| 21. | - American Funds New Perspective Fund Class A | A | Dividend | K | T | Buy (add'l) | 12/27/18 | J | | |
| 22. | - American Funds Washington Mutual Fund Class A | A | Dividend | K | T | Buy (add'l) | 12/27/18 | J | | |
| 23. | | | | | | Sold (part) | 04/02/18 | J | A | |
| 24. | Stephen's Investment Account #4 | None | | | | | | | | |
| 25. | - American Funds Growth Fund of America Class A | A | Dividend | K | T | Buy (add'l) | 12/27/18 | J | | |
| 26. | - Americna Funds New Perspective Fund Class A | A | Dividend | K | T | Buy (add'l) | 12/27/18 | J | | |
| 27. | | | | | | Sold (part) | 07/16/18 | J | A | |
| 28. | - American Funds Washington Mutula Fund Class A | A | Dividend | K | T | Buy (add'l) | 12/27/18 | J | | |
| 29. | Stephen's Investment Account #5 | None | | | | | | | | |
| 30. | - American Funds Growth Fund of America Class A | A | Dividend | K | T | Buy (add'l) | 12/27/18 | J | | |
| 31. | - American Funds New Perspective Fund Class A | A | Dividend | K | T | Buy (add'l) | 12/27/18 | J | | |
| 32. | | | | | | Sold (part) | 07/16/18 | J | A | |
| 33. | - American Funds Washington Mutual Fund Class A | A | Dividend | K | T | Buy (add'l) | 12/27/18 | J | | |
| 34. | Denbury Onshore Minerals located in Madison County, MS | B | Royalty | J | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ball, Franklin K. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Bancorp South Checking Account #1 | A | Interest | J | T | | | | | |
| 36. Thiugpen Group Fidelity Financial Advisors - Rollover IRA | | None | | | | | | | |
| 37. - Fidelity Govt Cash Reserve (FDRXX) | A | Dividend | J | T | | | | | |
| 38. - Eaton Vance Floating Rate Fund (EVBLX) | A | Dividend | | | Sold | 06/05/18 | J | A | |
| 39. - Conestoga Small Cap Investor Class (CCASX) | A | Dividend | | | Sold | 06/05/18 | J | A | |
| 40. - Templeton Global Bond Fund (TPINX) | A | Dividend | | | Sold | 06/05/18 | J | A | |
| 41. - TIAA- CREF Growth & Income Inst Fund (TIGRX) | A | Dividend | | | Buy (add'l) | 01/26/18 | J | | |
| 42. | | | | | Sold | 06/05/18 | J | A | |
| 43. - Oppenheimer Developing Markets Y Fund (ODVYX) | A | Dividend | | | Sold | 06/05/18 | J | A | |
| 44. - Oppenheimer International Growth Y Fund (OIGYX) | A | Dividend | | | Sold | 06/05/18 | J | A | |
| 45. - AM Century Real Estate (REACX) | A | Dividend | | | Sold | 06/05/18 | J | A | |
| 46. - MFS International Value (MGIAX) | A | Dividend | | | Sold | 06/05/18 | J | A | |
| 47. - Pimco Comodities Plus Strategy (PCLDX) | A | Dividend | | | Sold | 06/05/18 | J | A | |
| 48. - Columbia Acorn Emerging Markets (CAGAX) | A | Dividend | | | Sold | 06/05/18 | J | A | |
| 49. - Diamond Hill Small Mid Cap (DHPAX) | A | Dividend | | | Sold | 06/05/18 | J | A | |
| 50. - Oppenheimer Intl Small Company (OSMAX) | A | Dividend | | | Sold | 06/05/18 | J | A | |
| 51. - Gopldman Sachs US Equity (GSPAX) | A | Dividend | | | Buy (add'l) | 01/25/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ball, Franklin K. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | | Sold | 06/05/18 | J | A | |
| 53. | - Eaton Vance GL Macro Absolute (EGRAX) | A | Dividend | | | Sold | 06/05/18 | J | A | |
| 54. | - JP MOrgan US Research Enhonced (JDEAX) | A | Dividend | | | Sold | 06/05/18 | J | A | |
| 55. | - Principal Mid Cap Fund (PEMGX) | A | Dividend | | | Sold | 06/05/18 | J | A | |
| 56. | - Baird Core Plus Bond Fd Investor Class (BCOSX) | A | Dividend | | | Sold | 06/05/18 | J | A | |
| 57. | - Third Avenue Real Estate Value (TVRVX) | A | Dividend | | | Sold | 06/05/18 | J | A | |
| 58. | - Fidelity GNMA Fund (FGOVX) | A | Dividend | | | Sold | 06/05/18 | J | A | |
| 59. | - Voya Small Comp (AESAX) | A | Dividend | | | Sold | 06/05/18 | J | A | |
| 60. | - Ishares Trest Edge Invt Grade (IGEB) | A | Dividend | J | T | Buy | 07/17/18 | J | | |
| 61. | - Ishares Edge MSCI USA Quality Factor ETF (QUAL) | A | Dividend | J | T | Buy | 06/05/18 | J | | |
| 62. | | | | | | Buy (add'l) | 07/13/18 | J | | |
| 63. | - Ishares TR Edge US Fixd Inm (FIBR) | A | Dividend | J | T | Buy | 06/05/18 | J | | |
| 64. | - Ishares Edge MSCI Mutifactor USA Smal CAP ETF (SMLF) | A | Dividend | J | T | Buy | 06/05/18 | J | | |
| 65. | - Ishares Edge MSCI Mutifactor International ETF (INTF) | A | Dividend | J | T | Buy | 06/05/18 | J | | |
| 66. | -Ishares Inc MLT FCTR Emg MKT (EMGF) | A | Dividend | J | T | Buy | 06/05/18 | J | | |
| 67. | -Ishares Edge MSCI USA Momentum Factor ETF (MTUM) | A | Dividend | K | T | Buy | 06/05/18 | K | | |
| 68. | - Ishares Edge MSCI USA Value Factor ETF (VLUE) | A | Dividend | J | T | Buy | 06/05/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ball, Franklin K. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Ishares US ETF TR SHT Mat BD ETF (NEAR) | A | Dividend | J | T | Buy | 06/05/18 | J | | |
| 70. - Ishares TR US Treas BD ETF (GOVT) | A | Dividend | J | T | Buy | 06/05/18 | J | | |
| 71. - Ishares TR JP MOR EM MK ETF (EMB) | A | Dividend | J | T | Buy | 06/05/18 | J | | |
| 72. -Ishares Inc MSCI USA Equal Weighted ETF Index FD (EUSA) | A | Dividend | J | T | Buy | 06/05/18 | J | | |
| 73. Stevens Investments Acct #6 | | None | | | | | | | |
| 74. - American Funds - Washington Mutual Fund | A | Dividend | K | T | Buy (add'l) | 12/27/18 | J | | |
| 75. - American Funds - Growth Fund of America | A | Dividend | K | T | Buy (add'l) | 12/27/18 | J | | |
| 76. - American Funds - New Perspective Fund | A | Dividend | K | T | Buy (add'l) | 12/27/18 | J | | |
| 77. Bancorp South Ban - Checking account #2 | A | Interest | J | T | | | | | |
| 78. Trustmark Checking Account #1 | A | Interest | J | T | | | | | |
| 79. BankPlus Chekcing Account #2 | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ball, Franklin K.** | 07/10/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Ball, Franklin K. | 07/10/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Franklin K. Ball**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544